UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Ke Gu | No. 14 CR 319<br><br>Honorable John W. Darrah |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, Eastern Division, respectfully moves this Honorable Court to continue the sentencing date from April 20, 2016, to a date in the future convenient with the Court and parties. The government has advised defendant's counsel of this motion and counsel does not oppose the motion.

WHEREFORE, the government requests that the sentencing date in this matter, currently set for April 9, 2016, be stricken and reset to a date convenient for the Court and the parties.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

By: */s Peter S. Salib*
    PETER S. SALIB
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604
    Phone: (312) 697-4092

Dated: February 23, 2016