UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 14 CR 319 |
| | ) | Hon. Virginia M. Kendall |
| JUN XU | ) | |

## JOINT STATUS REPORT

THE UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and JUN XU, by his attorneys, ROGER BURLINGAME and MATTHEW MAZUR file this status report.

1. On June 5, 2025, the Court ordered the parties to file a joint status report regarding the status of the defendant by May 12, 2025. Dkt. 98.

2. The defendant is currently in the United Kingdom and has been found extraditable by a United Kingdom Judge. The United Kingdom Home Department has signed an Order of Extradition.

3. The United States government has been in discussions with defense counsel for Jun Xu regarding possible resolution to this case.

4. The parties jointly request that the Court order the parties to file a written status report in 45 days. This will allow the parties an opportunity to engage in further negotiations.

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

        By: */s/ Shawn McCarthy*
        SHAWN MCCARTHY
        Assistant U.S. Attorney


        ROGER BURLINGAME
        Attorney for the Defendant


        MATTHEW MAZUR
        Attorney for the Defendant

Dated: June 12, 2025