

**FILED**
7/31/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUN XU and<br>ELECSURF TRADING LTD. | No. 14 CR 319<br><br>Judge Virginia Kendall<br><br>Violations: Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1) |

**SUPERSEDING INFORMATION**

The UNITED STATES ATTORNEY charges:

From in or about August 2010 through in or about October 2011, at Naperville, in the Northern District of Illinois, Eastern Division, and elsewhere,

JUN XU and
ELECSURF TRADING LTD.,

defendants herein, did willfully, for the purpose of private financial gain, infringe the copyrights of copyrighted works, that is Microsoft Corporation's Microsoft Windows 7 Ultimate, by the reproduction and distribution by electronic and physical means, including by means of the Internet and the United States Postal Service, during a 180-day period, of ten or more copies of one or more of the copyrighted works, which had a retail value of more than $2,500, in fact the loss to Microsoft was approximately $1.7 million;

In violation of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1).

_Andrew Boutros_
UNITED STATES ATTORNEY