IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:14-cr-00319 |
| JUN XU and ELECSURF TRADING LTD., | Hon. Virginia M. Kendall |
| Defendants. | |

### JOINT MOTION FOR EXPEDITED SENTENCING AND WAIVER OF PRE-SENTENCE REPORT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, together with the defendants JUN XU and ELECSURF TRADING LTD., by their attorney ROGER BURLINGAME, jointly and respectfully move for the defendants' sentencing to proceed on an expedited basis without pre-sentence reports ("PSR"), and in support state as follows:

1. In 2014, the United States indicted Defendant Xu and co-Defendant Ke Gu for illegally selling Microsoft software through Xu's company, Defendant Elecsurf Trading Ltd. ("Elecsurf"), from in or about August 2010 through September 2011.

2. In January 2016, co-Defendant Gu pled guilty, and in February, the Court sentenced him to one year of probation and restitution of $310,000.  Dkt. Nos. 43, 68.

3. On July 11, 2024, British authorities acting at the United States' request arrested Defendant Xu at London's Heathrow Airport.  Xu's extradition counsel obtained his release on bail and extradition proceedings began in UK court.

4. In late April 2025, Defendant Xu retained his current U.S. counsel, and in May 2025, the parties began plea negotiations.

5.  In June 2025, the parties reached plea agreements whereby Defendants Xu and Elecsurf would each plead guilty to one count of copyright infringement in violation of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1). Material terms of the agreement included (i) Xu paying the remaining restitution of $1.4 million, (ii) Elecsurf, which is wholly owned by Xu, paying a fine of $1.7 million, (iii) Xu and Elecsurf pleading guilty at the initial appearance, and (iv) the United States recommending a below-Guidelines sentence. The parties also agreed that, following Defendant Xu's plea, the United States would recommend his release on an unsecured $250,000 bond to the custody of a financially responsible, Chicago-based custodian who is Xu's close friend and business associate, with electronic monitoring.

6.  Following these agreements, Defendant Xu consented to extradition.

7.  In advance of Defendant Xu's extradition, U.S. Immigration and Customs Enforcement ("ICE") issued a parole visa permitting Xu's lawful entry into the United States.

8.  On July 31, 2025, Defendant Xu met Deputy U.S. Marshals at Heathrow Airport. The Marshals took Xu into custody and transported him to Chicago's Metropolitan Correctional Center ("MCC").

9.  Also on July 31, 2025, the United States filed a Superseding Information against Defendants Xu and Elecsurf, charging each with one count of copyright infringement, in violation of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1), between August 2010 and October 2011. Dkt. No. 101.

10. On August 1, 2025, Defendants Xu and Elecsurf made initial appearances in front of Judge Sharon Johnson Coleman, who was serving as the Emergency District Court Judge, and pled guilty to the Superseding Information pursuant to plea agreements that included the terms

noted above. Dkt. Nos. 104, 108, 109, 111.

11. Judge Coleman released Defendant Xu on the parties' pre-agreed bond to the surety's custody. Dkt. No. 104. Arguing unopposed in support of Xu's release, his counsel noted that (i) Xu agreed to his own extradition to face the charges, pled guilty at the first opportunity, and agreed to fines and restitution doubling the offense losses, (ii) the charges stemmed from Xu's conduct 15 years earlier and the government agreed to seek a below Guidelines sentence, and (iii) in the time since the offense conduct, Xu, had become a married father of three and built a leading mobile phone accessories company employing over 700 people.

12. After Xu's guilty plea, the parties discovered that U.S. Customs and Border Protection ("CBP") had lodged a detainer against Xu. (ICE, which obtained the parole visa permitting Defendant Xu's legal entry into the U.S., did not lodge a detainer.)

13. Given the detainer, Defendant Xu was returned to the MCC and, in the days that followed, CBP did not lift the detainer.

14. As such, due to CBP's lack of a facility to house Defendant Xu and the Bureau of Prison's inability to detain a defendant released on bond for more than 48 hours (excluding weekends), on August 4, 2025, ICE took custody of Defendant Xu, revoked his parole visa, and served him with a final order of deportation.

15. In the days that followed, ICE moved the defendant to detention facilities in Illinois, Indiana, Kansas and Missouri, while the United States and counsel for Xu worked diligently to obtain his release to prevent his deportation prior to sentencing. The parties eventually learned that Xu's release required the personal approval of ICE's national director.

16. On August 9, 2025, following receipt of that approval, ICE released Defendant

Xu from custody and placed him on ICE location monitoring. The United States secured Xu's release in part by assuring ICE, with support of Xu's counsel, that the parties would waive the PSR, move for immediate sentencing, and work with Xu's immigration counsel to effectuate his "self-deportation" – the process by which a deportable alien purchases an airline ticket and ICE delivers the alien to the flight – as soon as Xu is legally permitted to leave the U.S. under the terms of his sentence.

WHEREFORE, the parties respectfully request entry of an order permitting sentencing of Defendants Xu and Elecsurf to proceed without a PSR and for sentencing to be scheduled at the Court's earliest convenience after September 3, 2025, with sentencing motions due one week prior.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ Shawn McCarthy

SHAWN MCCARTHY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8881

By: /s/ Roger Burlingame

ROGER A. BURLINGAME
Counsel for Defendant Jun Xu
Dechert LLP
25 Cannon Street
London EC4M 5UB
U.K.
+44 758 428 2790
Roger.Burlingame@dechert.com

4