AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

Northern    District of    Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Organizational Defendants) |
| Elecsurf Trading Ltd. | CASE NUMBER: 14 CR 319-3 |
| | Roger Burlingame |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)    1 of the Superseding Information

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 17: 506(a)(1)(A) and 18: 2319(b)(1) | Copyright Infringement | 10/1/2011 | 1 |

The defendant organization is sentenced as provided in page    2    of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☒ Count(s)   remaining   ☐ is   ☒ are   dismissed on the motion of the United States.

     It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's Federal Employer I.D. No.:

9/8/2025
Date of Imposition of Judgment

*/s/ Virginia M. Kendall*
Signature of Judge

Defendant Organization's Principal Business Address:

Chief Judge Virginia M. Kendall
Name and Title of Judge

10/1/2025
Date

Defendant Organization's Mailing Address:

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
          Sheet 3 — Criminal Monetary Penalties

Judgment — Page  2  of  2

DEFENDANT ORGANIZATION:        Elecsurf Trading Ltd.
CASE NUMBER:                   14 CR 319-3

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ | 1,700,000.00 (already paid) | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

$1,700,000.00 (already paid)
MICROSOFT CORPORATION
1 MICROSOFT WAY, BLDG. 34/4619
REDMOND, WA 98052

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

$